# United States District Court
## Violation Notice

CVB Location Code: **CS81**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7819599 | SHOEMATE | 85 |

7819599

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07·27·21  1135 | 18 USC - 111 |

**Place of Offense**
720 E. San Ysidro Border Crossing

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
18 USC 111 (ASSAULT)
"ASSAULT, DELAY OR RESIST A FEDERAL OFFICER"

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| GARCIA | NOHE | F |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 W. BROADWAY SAN DIEGO, CA 92101
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: SUBJECT NOT PRESENT TO SIGN

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 09/30/2021 13:11

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **27 July**, 20 **21** while exercising my duties as a law enforcement officer in the **Sou** District of **SoCal**

SEE ATTACHMENT:

[body of statement crossed out with large X]

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **07/27/2021**   Officer's Signature: [signature] 4P805

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/30/2021 13:11